**United States Bankruptcy Court**
**Middle District of Florida**

In re   Mary Ann Zaccardi                                   Case No.   6:21-bk-02282
                        Debtor(s)                           Chapter    13

## REPORT TO THE COURT ON MEDIATION CONFERENCE

Pursuant to the Court's order, mediation in the above referenced case was scheduled for the 3rd day of February 2021. Present were:

| |
|---|
| Debtor(s): Mary Ann Zaccardi and Adrian Zaccardi |
| Debtor's Counsel: Camille Sebreth |
| Creditor/ Bank's Counsel: Melbalynn Fisher |
| Bank/Servicer Representative: SN Servicing/ Jasmine Alves (BK Account Manager) and Marina Amador (BK Account Manager); PRP Advisors/ Julie O'Hara (Managing Director) |

The outcome of the mediation was:

__X__   1.   A full and complete settlement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval.

_____   2.   A partial settlement agreement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval. Some issues will require Court resolution.

_____   3.   The parties agree to reconvene to continue mediation.

_____   4.   The parties have not reached an agreement. All issues require Court intervention.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Notice or Regular U.S. Mail to all interested parties.


On February 3, 2022                          /s/ *Elizabeth F. McCausland*
                                             Elizabeth F. McCausland, Esq.
                                             Florida Bar No.: 0125822
                                             Liz McCausland, PA
                                             426 N. Ferncreek Ave
                                             Orlando, FL 32803
                                             (407) 992-8824
                                             (407) 545-4335 fax
                                             Liz@LizLawFirm.com